LEONIE M. BRINKEMA
DISTRICT JUDGE

United States District Court
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5799

NOVA 220
16 MAR 2020
PM 3 L

Hasler
03/16/2020
US POSTAGE $00.50⁰
FIRST-CLASS MAIL
ZIP 22314
011D11648117

RTS

Larry Klayman
7050 W. Palmetto Park Rd. #15-287
Boca Raton, FL 33433

US MARSHALS SERVICE

NIXIE    331    DE 1700    0003/25/20
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD