THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Case No. 1:20-cv-00135-LMB-IDD

LARRY KLAYMAN,

        Plaintiff,

v.

THOMAS FITTON.,

        Defendant.

_____/

## RESPONSE TO ORDER OF MARCH 30, 2020

Pursuant to the Court's order of March 30, 2020, to allow for more timely receipt, please mail all documents in this case to:

c/o Larry Klayman
2020 Pennsylvania Ave NW #800
Washington DC 20006

Dated: April 10, 2020

Respectfully Submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
2020 Pennsylvania Ave NW #800
Washington DC 20006
Tel: (561) 558-5336
Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that the foregoing was filed in person at the Clerk of the Court's office on this day, April 10, 2020, and served to counsel of record for Defendant Thomas Fitton via email and U.S. mail on that same day.

/s/ Larry Klayman