# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Larry Klayman, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  1:20-cv-135-LMB-IDD |
| | ) |
| Thomas J. Fitton, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on April 28, 2020 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, Thomas J. Fitton and against plaintiff, Larry Klayman.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Anitra Chastine
Deputy Clerk

Dated: April 28, 2020
Alexandria, Virginia